NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3050

PATRICK J. MARTIN,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Katharina P. Arnhold, of Ft. Lauderdale, Florida, argued for petitioner. Of counsel on the brief was Richard D. Casey, Lynn, Jackson, Shultz & Lebrun P.C., of Sioux Falls, South Dakota.

Ray E. Donahue, Appellate Division, Office of General Counsel, United States Postal Service, of Washington, DC, argued for respondent. With him on the brief was Lori J. Dym, Chief Counsel.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3050

PATRICK J. MARTIN,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

# Judgment

ON APPEAL from the      MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).      DE0752050388-I-2

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, RADER, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED August 11, 2008      /s/ Jan Horbaly

Jan Horbaly, Clerk